FILED
U.S. District Court
District of Kansas

DEC 01 2021

Clerk, U.S. District Court
By_____ Deputy Clerk

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT COURT OF KANSAS

| | |
|---|---|
| Celisha Towers, ) <br> ) <br> Contestant, ) <br> Plaintiff, ) <br> ) <br> v ) <br> ) <br> Daniel Soptic, ) <br> Gayle Townsend, ) <br> Mary Gonzales, ) <br> Tom Burroughs, and ) <br> Unified Government of ) <br> Wyandotte County and ) <br> Kansas City, Kansas, et al, and, ) <br> In his capacity as Wyandotte ) <br> County Election Commissioner and ) <br> in his individual Michael Abbott ) <br> ) <br> ) <br> Contestee, ) <br> Defendant. ) | **NOTICE OF REMOVAL** <br><br> CASE NO. _21-CV-2564-HLT-TJJ_ |

### NOTICE OF REMOVAL OF ACTION UNDER U.S.C. § 1441(a) FEDERAL QUESTION

COMES NOW, Celisha Towers Pro Se as Plaintiff and Contestant ("Plaintiff"), hereby give notice that she is removing this action to the United States District Court For The District Court of Kansas, and as grounds therefore as follows:

1. Plaintiff filed this action in the 29th Judicial District Court of Wyandotte County, Kansas in the Capacity as *Celisha Towers v. Unified Government of Wyandotte*

*County and Kansas City Kansas et al., and Daniel Soptic in capacity as Contestee and in his individual Capacity, and Michael Abbott in his capacity as Wyandotte County Election Commissioner and in his individual capacity, Gayle Townsend in her capacity as Contestee, Tom Burroughs in his capacity as Contestee, Mary Gonzales in her capacity as Contestee, Case No. 2021MV354, on November 19, 2021 and Amended on November 22, 2021*(hereinafter "Civil Action").

2. Defendants received the Notice to Contest and Complaint in the Civil Action Amended on November 22, 2021.

3. The action arises under K.S.A. § 25-1436 and federal law in that action alleges deprivation of rights under the United States Constitution, under the 15th Amendment, and 26th Amendment, and in violation of 18 U.S.C. §641, and 18 U.S.C. § 1361, and 18 U.S.C. §2071.

4. Plaintiff is entitled to remove the entire action pursuant to the doctrine of supplemental jurisdiction as provided by 28 U.S.C. § 1441.

5. The state law claims contained in this Complaint are also removed pursuant to the doctrine of supplemental jurisdiction as provided by 28 U.S.C. § 1441 (a)(c)

6. The Notice of Removal is timely filed under 28 U.S.C. § 1446(b), in that it is filed within 30 days of plaintiffs' receipt of the initial pleading purporting to set forth the claim for relief on which this action is based.

7. Plaintiff is filing herewith a copy of the state court filing including copies of all pleadings, process and other documents with which they have been served (Exhibit A).

8. Plantiff designates Kansas City Kansas Wyandotte County as place to hold/have proceedings/Trial.

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that a copy of the foregoing NOTICE OF REMOVAL was served this day via Service is Pursuant to K.S.A. §25-1441 stating Service of Notice of Contest upon Contestees shall be made by the Sheriff, or some other person appointed by the court for such purpose in same manner as provided for service of summons in civil actions . The undersigned hereby certifies that a true and correct copy of the above and foregoing was sent Email, and U.S. Mail to the following:

FERREE, BUNN & RIDGWAY, CHTD
KIRK T. RIDGWAY, KS#17172
BRETT T. RUNYON, KS#26195
9393 W 110TH STREET, SUITE 200
OVERLAND PARK, KANSAS 66210
(913)381-8180/FAX: (913)381-8562
kridgway@fbr2law.com
brunyon@fbr2law.com
*ATTORNEYS FOR CONTESTEE DANIEL SOPTIC*

HENRY E. COUCHMAN JR.
JEFFREY J CONWAY
SUEZANNA M BISHOP
LEGAL DEPARTMENT
UNIFIED GOVERNMENT OF WYANDOTTE COUNTY
AND KANSAS CITY KANSAS
701 N 7TH STREET, STE 961
KANSAS CITY KANSAS 66101
(913)573-5060
(913)573-5243(FACSMILE)
hcouchman@wycokck.org
jconway@wycokck.org
zbishop@wycokck.org
*ATTORNEYS FOR WYANDOTTE COUNTY ELECTION COMMISSIONER, MICHAEL ABBOTT*

AND SAME DATE A COPY WAS SERVED US MAIL:

GAYLE TOWNSEND
#7 MCGREW GROVE
KANSAS CITY KANSAS 66101
*CONTESTEE-DEFENDANT*

Rev. 6/2017 KSJC                                    3

TOM BURROUGHS
33131 S 73RD TERR.
KANSAS CITY, KANSAS 66106
*CONTESTEE-DEFENDANT*

MARY GONZALES
3721 S THOMPSON CIRCLE
KANSAS CITY, KANSAS 66103
*CONTESTEE-DEENDANT*

          */S/ CELISHA TOWERS*
**Celisha Towers**
*Pro Se*
**11216 Delaware Pkwy #4409**
**Kansas City, KS 66109**
**816-562-8973 or 913-717-9338**
**Towersforsheriff@gmail.com**